NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMGEN INC., IMMUNEX CORPORATION, AMGEN MANUFACTURING, LIMITED,**
*Plaintiffs-Appellants*

**v.**

**GAIL MIZNER, in her official capacity as Chair of the Colorado Prescription Drug Affordability Review Board, SAMI DIAB, in his official capacity as a member of the Colorado Prescription Drug Affordability Review Board, AMARYLIS GUTIERREZ, in her official capacity as a member of the Colorado Prescription Drug Affordability Review Board, CATHERINE HARSHBARGER, in her official capacity as a member of the Colorado Prescription Drug Affordability Review Board, JAMES JUSTIN VANDENBERG, in his official capacity as a member of the Colorado Prescription Drug Affordability Review Board, MICHAEL CONWAY, in his official capacity as Commissioner of the Colorado Division of Insurance, PHILIP WEISER, in his official capacity as Attorney General of the State of Colorado,**
*Defendants-Appellees*

---

2025-1641

---

2   AMGEN INC. v. COLORADO PRES. DRUG AFFORDABILITY REVIEW
                                                          BOARD

Appeal from the United States District Court for the District of Colorado in No. 1:24-cv-00810-NYW-SBP, Judge Nina Y. Wang.

_____

# O R D E R

The parties submit a joint stipulation to voluntarily dismiss this appeal without prejudice pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs.

This court generally does not specify whether a dismissal of an appeal is with or without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 2, 2026
        Date

ISSUED AS A MANDATE:  February 2, 2026